IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JONAH T. WAMAH, SR.,<br>Plaintiff. | : | CIVIL ACTION |
| v. | : | |
| DARBY BOROUGH POLICE<br>OFFICER TINA SELIMIS,<br>Defendant. | : | NO. 06-4178 |

### CIVIL JUDGMENT

BEFORE THE HONORABLE CYNTHIA M. RUFE

AND NOW, this 28TH day of May, 2008, in accordance with the jurors answers to the Courts verdict slip, **IT IS ORDERED** that Judgment be and the same is hereby entered in favor of **DEFENDANT**.

ATTEST:

_Erica Pratt_
Erica Pratt
Deputy Clerk